IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GERALD H. BEMIS, SR., D.C. and**
**MARK J. EAVENSON, D.C. d/b/a**
**MULTI-CARE SPECIALISTS, P.C. and**
**ACUNA, PT, individually and on behalf**
**of all others similarly situated,**

    **Plaintiffs,**

v.

**ALLIED PROPERTY & CASUALTY**
**INSURANCE COMPANY, a member**
**of Nationwide Insurance, AMCO**
**INSURANCE COMPANY and**
**NATIONWIDE MUTUAL INSURANCE**
**COMPANY,**

    **Defendants.**               **Case No. 05-CV-751 DRH**

### ORDER

**HERNDON, District Judge:**

Defendant Nationwide Mutual Insurance Company ("NMIC") has filed a Motion to Stay Pending Appeal (Doc. 43) of the Court's Memorandum & Order, dated April 20, 2006 (Doc. 40), which granted Plaintiffs' Motion to Remand (Doc. 20). NMIC is entitled to petition the Seventh Circuit Court of Appeals for leave to appeal the Court's remand order pursuant to the Class Action Fairness Act of 2005, as long as the petition is timely filed. **28 U.S.C. § 1453(c)**. It appears that NMIC has filed its petition with the Seventh Circuit, which has recently issued an order directing Plaintiffs to file a Response to NMIC's appellate brief. Plaintiffs have not filed a

response to the instant Motion.

While the Court respectfully does not believe NMIC's grounds for appeal have merit, the Court finds that staying the remand of this case would be in the public interest and therefore **GRANTS** NMIC's Motion to Stay Pending Appeal (Doc. 43). Accordingly, remand of this case is **STAYED** pending the disposition of NMIC's petition for leave to appeal this Court's Memorandum and Order dated April 20, 2006, to the Seventh Circuit under 28 U.S.C. § 1453(c)(1) and any resulting appeal. The Clerk of the Court is directed to notify the Circuit Court of the stay.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2006.

/s/          David    RHerndon
**United States District Judge**